# NO. 12-11-00100-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *RUSK INDEPENDENT SCHOOL DISTRICT, DR. JAMES LARGENT, SCOTT SCHWARTZ, AND JASON WILCOX, APPELLANTS* | § | *APPEAL FROM THE SECOND* |
| *V.* | § | *JUDICIAL DISTRICT COURT* |
| *JILL WALLACE, AS NEXT FRIEND OF C.W., A MINOR CHILD, ROBERT DAVID STEWART AND RENEE LYNN STEWART, AS NEXT FRIEND OF D.L.S., AND MICHAEL NICKLE, APPELLEES* | § | *CHEROKEE COUNTY, TEXAS* |

*MEMORANDUM OPINION*
*PER CURIAM*

Appellants have filed a motion to dismiss this appeal. In their motion, Appellants state that the underlying suit was settled by all parties at mediation, and therefore they no longer wish to pursue the appeal. Because the parties have met the requirements of Texas Rule of Appellate Procedure 42.1(a)(1), the motion is ***granted***, and the appeal is ***dismissed***.

Opinion delivered June 15, 2011.
*Panel consisted of Worthen, C.J., Griffith, and Hoyle, J.*

(PUBLISH)